**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Margarito VALERO–TORRES,
Defendant–Appellant.**

No. 12–10556.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2014.*

Filed June 17, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the Us Attorney, Tucson, AZ, for Plaintiff–Appellee.

Angela Poliquin, Esquire, Giles W. Dalby Correctional Institution, Post, TX, for Defendant–Appellant.

Margarito Valero–Torres, Angela C. Poliquin, Attorney At Law, Tucson, AZ, pro se.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

### MEMORANDUM ***

Margarito Valero–Torres appeals from the district court's judgment and challenges his guilty-plea conviction and 33-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Valero–Torres's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Valero–Torres the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.